UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christopher Hiram "Cane" Traptio D Constitutionalist
Private Attorney General American National Origin
Non-U.S. Citizen (Pretrial-detainee) Innocent arrested Person

**18 CV 10712**

RECEIVED
SDNY DOCKET UNIT

2018 NOV 14 AM 9:44

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

Shawn Cohen, New York Post employee
Rupert Murdoch, New York Post owner
New York Post inCorporation
Rocco Parascandola, New York Daily News employee
John Annese, New York Daily News employee
New York Daily News Corporation
Mortimer B. Zuckerman, NY Daily News owner
Eddie Small, DNAinfo employee
Ben Fractenburg, DNAinfo employee
Joe Ricketts, DNAinfo Founder

"See attached"

Demand for
Jury Trial: ☑ Yes  ☐ No
*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.      **Parties in this complaint:**

A.      List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff        Name Christopher Hiram "Cane" Traptio D Constitutionalist
                 Street Address 18-18 Hazen Street
                 County, City Bronx County, East Elmhurst
                 State & Zip Code New York, 11370
                 Telephone Number (917) 876-2733 - Mom's Cell

B.      List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1        Name Shawn Cohen, New York Post employee
                       Street Address 1211 Avenue of the Americas

*Rev. 05/2010*

Defendants

DNAinfo Corporation

Michael Tannousis, Assistant District Attorney

Robert T. Johnson, Bronx District Attorney

Darcel Denise Clark, Bronx District Attorney

Ilya Kharkover, Bronx District Assistant Attorney

Bronx District Attorney Office

Kenny Collazo, Video Technician

Benard Carlos taxid#93620, Employee of New York Police Department

Richard Arce taxid#946413, Employee of New York Police Department

Marco Sanchez taxid#931134, Employee of New York Police Department

Brendan Looney taxid#919316, Employee of New York Police Department

Khaleeq Middleton taxid#950887, Employee of New York Police Department

Robert Lyon taxid#955106, Employee of New York Police Department

City Of New York

State of New York


(Suing each defendant in their unofficial and official capacity)


James O'neil, N.Y.P.D. Commissioner

New York Police Department, Precinct 44th

William Sullivan taxid#931283, Employee of the N.Y.P.D

Defendant No.5: John Annese, New York Daily News Employee

125 Theodore Conrad Drive, Jersey City, New Jersey, 07305

(212) 210-2100

Defendant No.6: New York Daily News Corporation

125 Theodore Conrad Drive, Jersey City, New Jersey, 07305

(212) 210-2100

Defendant No.7: Mortimer B. Zuckerman, N.Y. Daily News owner

4 New York Plaza, New York County, New York City

New York, 10004   (212) 210-2100

Defendant No.8: Eddie Small, DNAinfo employee

810 7th Ave, #800, New York County, New York City

New York, 10019 (646) 435-9100

Defendant No.9: Ben Fractenburg, DNAinfo employee

810 7th Ave, #800, New York County, New York City

New York, 10019 (646) 435-9100

Defendant No.10: Joe Ricketts, DNAinfo Founder

200 South 108th Avenue, Omaha, Nebraska, 68154

(800) 669-3900

Defendant No.11: DNAinfo Corporation

810 7th Ave, #800, New York County, New York City

New York, 10019 (646) 435-9100

Defendant No.12: Michael Tannousis, Assistant District Attorney

130 Stuyvesant Pl, Staten Island

New York, 10301-1968

Defendant No.13: Robert T. Johnson, Bronx District Attorney

198 East 161st Street, Bronx County, Bronx

New York, 10451

Defendant No.14: Darcel Denise Clark, Bronx District Attorney
198 East 161st Street, Bronx County, Bronx
New York, 10451
Defendant No.15: Ilya Kharkover, Assistant District Attorney
198 East 161st Street, Bronx County, Bronx
New York, 10451
Defendant No.16: Bronx District Attorney Office
198 East 161st Street, Bronx County, Bronx
New York, 10451
Defendant No.17: Kenny Collazo, Video Technician
198 East 161st Street, Bronx County, Bronx
New York, 10451
Defendant No.18: Benard Carlos tax id#936201, Employee of New York Police Department
1 Police Plaza, New York County, New York City
New York, 10038  (718) 402-5979
Defendant No.19: Richard Arce tax id#946413, Employee of the N.Y.P.D.
2 Police Plaza, New York County, New York City
New York, 10038  (718) 402-5979
Defendant No.20: Marco Sanchez tax id#931134, Employee of the N.Y.P.D.
2 East 169 Street, Bronx County, Bronx
New York, 10452-7800  (718) 590-5511
Defendant No.21: Brendan Looney tax id#919316, Employee of the N.Y.P.D.
1 Police Plaza, New York County, New York City
New York, 10038  (718) 402-5979
Defendant No.22: Khaleeq Middleton tax id#950887, Employee of the N.Y.P.D.
1 Police Plaza, New York County, New York City
New York, 10038  (718) 402-5979

Defendant No. 23: Robert Lyon taxid #955106, Employee of the N.Y.P.D.
1 Police Plaza, New York County, New York City
New York, 10038  (718) 402-5979
Defendant No. 24: City of New York
1 Centre Street, New York County, New York City
New York, 10007  (212) 356-2333
Defendant No. 25: State of New York
1 Commerce Plaza, 99 Washington Avenue, Albany
New York, 12231-0001  (518) 474-6957
Defendant No. 26: N.Y.P.D. Commissioner, James O'neil
1 Police Plaza, New York County, New York City
New York, 10038  (718) 402-5979
Defendant No. 27: New York Police Department, 44th Precinct
2 East 169 Street, Bronx County, Bronx
New York, 10452-7800  (718) 590-5511
Defendant No. 28: William Sullivan taxid #931283, Employee of the N.Y.P.D.
1 Police Plaza, New York County, New York City
New York, 10038  (718) 402-5979


(Suing each defendant in their unofficial and official capacity)

County, City New York, New York City
State & Zip Code New York, 10036-8790
Telephone Number (212)930-8000

Defendant No. 2    Name Rupert Murdoch, New York Post owner
Street Address 1211 Avenue of the Americas
County, City New York, New York City
State & Zip Code New York, 10036-8790
Telephone Number (212)930-8000

Defendant No. 3    Name New York Post inCorporation
Street Address 1211 Avenue of the Americas
County, City New York, New York City
State & Zip Code New York, 10036-8790
Telephone Number (212)930-8000

Defendant No. 4    Name Rocco Parabcandda, New York Daily News employee
Street Address 125 Theodore Conrad Drive
County, City Jersey City
State & Zip Code New Jersey, 07305
Telephone Number (212)210-2100

*See Attached*

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions                    ☑ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? 1st, 2nd, 5th, 8th & 9th amendment of the U.S. Constitution, Article 3, 5,6,7,&12 of the Universal Declaration of Human Rights treaty, Article 7&17 of the International Covenant on Civil & Political rights. Defamation Perse, Libel and Slander, Take action under 28 U.S.C. 1658

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship American National, non-US Citizen
Defendant(s) state(s) of citizenship U.S. Citizens and residents

## III.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

☑ See Attached

Affidavit of Truth
Statement of Facts
Legal Arguments

My name is Christopher Hiram, Cano", and I am the Supreme Juridic person who was maliciously injured and deprived ~~of~~ of my life, liberty and property on the 24th of July, 2016. Various publications were published across New York State and the nation containing my good name but various reporters utilized it to bring attacks upon my honour and reputation along with various employees of the city of New York. On July 24, 2016 I was Just a homo liber, National of the United States, trying to enjoy my freedom so guaranteed to me by the Constitution (both State and Federal), When I was physically attacked by NYPD employees and plundered of my property and life. I thought to be protected by Constitutional and Civil law that are well established to protect my Human Rights from being infringed by any governmental forces but instead Society demonstrates that Maxime paci Sunt Contraria vis et induria. Being that Ignorantia legis neminem excusat then those employees who acted against the law and brought attacks upon my honour, reputation, and good name Shall be disciplined and penalized according to law. (U.S.C. 1983), At the end of the day Ignorare legis est lata culpa and Quicquid est Contra normam recti est inJuria. Ubi re vera, those wrongdoers that defamed my character did so in a fraudulent manner so they can all Share Some type of Credit and make profit for their own personal gain. Those news Corporation has incited the State to fabricate an indictment upon me, I've been deprived of my life, liberty, and property for nearly three years and deprived of my due process of law remedies, deprived of my life for exercising my Human and Civil rights. I am being discriminated, treated unfair, unequal and prejudicely by Judicial, State and City officers, Civilians and inmates are Constantly assaulting me (verbal and Physically),

mislabeling me as a terrorist, and discriminating me because of my disability, race, sexual preference, National Origin, and religion. Based upon my facts, I've percieved by my ears and eyes so many people gather up together throughout the whole United States of North America Committing treason against our nation's leader every single day because of the political pressure that causes the public wrath with the politically motivated press instigating the treasonous acts then covering up their violations by stating that they were protesting. Donald Trump, who is our nation's leader is being harassed and threaten, in petto and publicly by all type of people who are supposed to be professionals such as lawyers, politicians, police officers, Doctors, Judicial officers, Entertainers, and other professionals and are not being disciplined according to law but instead are influencing others to think its legal to committ such acts. All of a sudden, I've verbally stated some false absurd allegations which was instigated by the NYPD employees and the District Attorney's assistants about a local politician and now I am being tried like a terrorist with all types of degrading treatment. These press groups had published those false absurd allegations in favor of the prosecution to instigate the indictement upon me and to bring attacks upon my life, reputation, honour and good name; by making me look guilty of a delict in the public view. Those press groups published those false absurd allegations with reckless disregard of whether it was false or not and they were highly aware that they were false. and in a court of law those statements are considered to be "Fruit of the Poisonous Tree" and "incompetent evidence." I am a Transgender Women, member of the LGBTQ Community. Still in transitioning, who fear for her life, I fear for my safety in such a candid world where homophobic groups are assaulting us both verbally and physically every other day and little is being done on behalf of the Justice side. So on July 24, 2016 I as a transgender woman decided to bear arm for my own personal safety without the intention of harming nobody. Due to the brutal assaults I

Surffered in the past made me go protected to Celebrate my Dominican Culture. Ubi re vera, those Media outlets had no right to discriminate me and Subject me to Contempt, hatred, Shame, disgrace, public wrath and degrading treatment. Those media outlets Knew that the information was wholly and patently False but instead Still published it with actual malice with intent to make their own personal gain and Cause such a public Confusion So they Can Cover up the police departments and the District Attorney's office Constitutional violation. However, in behalf of my right to bear arm is recognized in the Universal Declaration of Human Rights Article, 3 & 17 and is Supposed to be protected by the Second amendment of the U.S. Constitution including the Ninth amendment. Instead, those News outlets published that defamatory Story Construing to the public. Constitutionally protected laws as a Criminal act and unlawful behavior Confusing the people and Causing public Contempt, when Ubi re vera it is a Civil right and in more than twenty States of the U.S. it's Called Constitutional Carry. The Supreme Court has ruled that you as an individual have no right to protection by the police and their only obligation is to protect Society, and The Supreme Court has affirmed in hundreds of Cases that exercising a Constitutional right Cannot be Converted into a Crime. Therefore, While I was exercising my Constitutional right to bear arm and Freedom of Speech I was interferred and attacked by officers, reporters and other employees of the City of New York. Therefore, I will State below the grounds For me taking action against these individuals:

- Defamation Per Se
- Liber Per se
- Slander Per se
- Discrimination because of disability, race, National Origin, Religion, and Political
- Criminal libel
- Privacy rights breached

• My Human Rights violation Article 5 & 12
• Fifth amendment violations
• Ninth amendment violation
• and other damages and injuries to my person.

Affidavit of Truth

Shawn Cohen is an employee for the City of New York and is employed for the New York Post incorporation. Shawn Cohen is a news reporter for the New York Post daily newspaper who also published a ludicrous story himself that brought such attacks upon my honour, reputation and good name. Shawn Cohen has also illegally utilize my private property (such as my good name) for public use without just compensating me in violation of my fifth amendment right of the U.S. Constitution and my 7 amendment right of the N.Y. State Constitution. Mr. Cohen has not only spread that defamatory story through the internet but published it in the New York Post daily newspaper being read by millions of people accross NY state. Mr. Cohen has also instigated the indictment fabricated on me, he had published that ludicrous story in favor of the prosecution and has harmed my reputation in the view of the public making me look guilty. I never gave him consent to use my private property such as my good name for his own personal gain knowing is going to inflict injury upon me. I also allege that this ludicrous story is the reason why my criminal case is not being treated in good faith and its also the reason why I am recieving mass prejudism and discrimination by the administrators and executors of my case. Being that Shawn Cohen has duties to fullfill, I allege that he breached well-established treaties and laws by not being in accord with the rules that govern his job. Shawn Cohen has a freedom of speech and of press regulated by the basis of fair comment, truth, and privilege but what Mr. Cohen has published was not fair comment neither true but more of a verbal assault and false allegations on my reputation and my good name. Mr. Cohen has also maliciously published "Terroristic Statements" that

Was false information given to him by the employees of the N.Y.P.D. agency. Those public Servants fabricated those false testimonies in order for them to take the truth and Stretch it out a little bit. So they Can Cover up their Constitutional violations with lies, and Mr. Shawn Cohen published those Statements as if they were made by me. in which the NYPD employees and the District Attorney's office has never included throughout the fact finding process because it was never Said nor did it ever existed. Based on my opinion, Mr. Cohen also might of anticipated an injury upon Ruben Diaz Jr. throughout his political Career like he anticipated injuries and damages upon me. While being unlawfully incarcerated. Shawn Cohen has also failed to respond to my litigation letter in which I've Sent out as Certified mail / return reciept and as First Class mail to him as per protocol/ prejudicial remedy. Shawn Cohen is the probable Cause of Criminal libel and Slander for Committing Such attacks upon my honour, reputation and my my good name.


Sworn and Subscribed this 10th day of ___October___, 2018


NOTARY PUBLIC

MIGUEL A. AGUIRRE
NOTARY
NO. 01AG6297057
QUALIFIED IN
KINGS COUNTY
COMM. EXP.
02-18-2022
PUBLIC
STATE OF NEW YORK

WE THE PEOPLE,

TrapGod Constitutionalist
Christopher Hiram, Cano⁴
Private Attorney General
All Rights Reserved, droit-droit
1st Amendment "Under Protest, without Preju

Affidavit of Truth

Rupert Murdoch is the natural persona who presently owns the New York Post News Corporation and its daily newspaper. I also allege that Rupert Murdoch is a proximate cause for my injuries and damages. Rupert Murdoch has failed to properly supervise his employers while operating his business. Mr. Murdoch has also failed to properly guide and instruct his reporters while publishing stories. Mr. Murdoch is probably known to be a busy man **but** it is no excuse for him to have in his business employees who are infringing well-established laws. The fact that his employer cause injuries and damages upon me he is somewhat responsible because it came from his business. I allege that Rupert Murdoch encourages his reporters **to commit** libel and slander against the free people of New York especially those who are legally **blind**. Being that Rupert Murdoch business and employers cause damages and injuries upon me, he is a proximate cause to my injuries.

Sworn and subscribed this 10th day of October, 2018

NOTARY PUBLIC

MIGUEL A. AGUIRRE
NOTARY
NO. 01AG6297057
QUALIFIED IN
KINGS COUNTY
COMM. EXP.
02-18-2022
PUBLIC
STATE OF NEW YORK

WE THE PEOPLE,

Christopher Hiram "Cano"
Privated Attorney General
Trap God Constitutionalist
All Rights Reserved, droit-droit
1st Amendment "Under Protest, Without Prejudice"

Affidavit of Truth

New York Post is a daily newspaper operating in New York State and it's owned by NewsCorp. New York Post is a Corporation which was founded by Alexander Hamilton and Shawn Cohen is an employee for that Corporation. I have no Contract neither any type of agreement with the NYPost for this Corporation to be utilizing my private property for public use, without just compensating me. What they are utilizing is something extremely sacred that was given to me as a gift from my parents, something that is used for me to identify myself, something that is not supposed to be used for harming, humiliating, and degrading, my good name. I am a Supreme Juridic person and that name represents my well being, I am a person with so many goals that I am seeking to create a world of my own in this universe. I am no terrorist, no gunman, no armed lunatic, no threat to society, no mentally retarded person, on July 24, 2016 approximately 2:45 pm I was just a homo liber who was exercising my Civil Rights and Human Rights which is supposed to be my Constitutional guaranteed while trying to enjoy myself at the Dominican Parade. Being that I am a LGBT member I feared for my safety due to past brutal attacks so I decided to bear my firearm to protect my person in New York. Just because I've been falsely arrested and stated some absurd allegations doesn't give the employees of the NYPost the right to maliciously published a ludicrous story with my good name, subjecting me to hate, ridicule, degradation, humiliation, discrimination, prejudism, Cruel and unusual punishment and all types of defamation per se. NY Post and it's present owner Rupert Murdoch are supposed to set rules and regulations, policy and procedures governing the conduct of reporters not for them to working recklessly, careless, lawless and to be abusing

Such powers which is unjust. Being that the NYPost is advertising Such ludicrous Story with my good name, it has anticipated injuries and damages upon my life, my future and my reputation. Therefore, the New York Post Corporation is the probable cause for the Criminal libel and Slander Committed against me that cause me Such injuries and damages.

Sworn and Subscribed this ___10th___ day of ___October___, 2018

_____
NOTARY PUBLIC

MIGUEL A. AGUIRRE
NOTARY
NO. 01AG6297057
QUALIFIED IN
KINGS COUNTY
COMM. EXP.
02-18-2022
PUBLIC
STATE OF NEW YORK

WE THE PEOPLE,

Christopher Hiram, "Cano"
Private Attorney General
Trapgod Constitutionalist
All Rights Reserved, droit-droit
1st Amendment "Under Protest, Without Prejudice"

## Affidavit of Truth

Rocco ParaScandola is an employee for the City of New York and is employed for the New York Daily News, an associated Press. Rocco ParaScandola is a news reporter for the New York Daily Newspaper who also published a ludicrous story in cahoot with John Annese that brought such attacks upon my honour, reputation, and good name. Rocco ParaScandola has taken my private property (such as my good name) for public use without just compensating me. in breached of my fifth amendment right of the Federal Constitution and the Seventh bill of right of the NY State Constitution. Mr. ParaScandola for his own personal gain in cahoots with John Annese had published a defamatory story that instigated the indictment on me, He had published that ludicrous story in favor of the Prosecution and has harmed my reputation in the view of the public by making me look guilty in violation of my Human Rights Article 12. Mr. ParaScandola has not only published that defamatory story through the internet but also published it in the New York Daily Newspaper being read by Millions of people across NY State and the nation. I've never gave him nor Mr. Annese consent to take my good name and utilize it for publishing a ludicrous story that defamed my Character neither did they bother reaching out to me to obtain my knowledge, which will make the subject of the Story and it would've mediated as Fair Comment. Being that Rocco ParaScandola has duties to fullfill, I allege that he breached well-established laws and treaties by not being in accord with the rules that govern his job. Mr. ParaScandola has a freedom of speech and of Press regulated by the basis of Fair Comment, truth, and privilege but what Mr. ParaScandola has published was not fair comment neither true but more of a verbal assault, embarassment, humiliation and false allegations on my reputation and my good name. Mr. ParaScandola has also Maliciously published "Terroristic Statements" that was false information given to him and Mr. Annese by the employees of the NYPD agency. Those public servants fabricated

those false testimonies in order for them to take the truth and stretch it out a little bit so they can cover up their Constitutional violations with deceit. Mr. ParasCandola along with Mr. Annese published those statements as if they were made by me in which the NYPD employees and the District Attorney's office has never included throughout the factfinding process because it was never said nor did it ever existed. Based on my opinion, Mr. ParasCandola might of anticipated injuries upon Ruben Diaz Jr. through his political career like he anticipated injuries upon me. This defamatory story has anticipated such personal injuries upon me and has impose such a threat to my future that it can cause a major injury including death upon me, if a person of interest reads it and construes it the wrong way that person might probably try to harm me or even kill me and my family for such reasons. Thus, Mr. ParasCandola along with Mr. Annese has violated my Civil Rights, Human Rights Article 1, 2, 3, 7, & 12, and others protected by the Constitution. Mr. Rocco ParasCandola has also failed to respond to my litigation letter in which I sent out as certified mail/return reciept and as first class mail to him as per protocol/Pre judicial remedy. Mr. ParasCandola is the probable cause of criminal libel and slander for committing such attacks upon my honour, reputation, and good name.

Sworn and Subscribed this ___10th___ day of ___October, 2018___

_signature_

NOTARY PUBLIC

MIGUEL A. AGUIRRE
NOTARY
NO. 01AG6297057
QUALIFIED IN
KINGS COUNTY
COMM. EXP.
02-18-2022
PUBLIC
STATE OF NEW YORK

WE THE PEOPLE,

_signature_

Christopher Hiram "Cano"
Private Attorney General in Fact
Trap GoD Constitutionalist‡
All Rights Reserved, droit-droit
1st Amendment "under protest without prejudice"

Affidavit of Truth

John Annese is an employee for the City of New York and is employed for the New York Daily News, an associated Press. John Annese is a news reporter for the New York Daily newspaper who also published a ludicrous Story in Cahoot with Rocco ParaScandola that brought such attacks upon my honour, reputation, and good name. John Annese has taken my private property (Such as my good name) for public use without Just compensating me in breach of my 5th amendment right of the U.S. Constitution and the Seventh bill of right of the New York State Constitution. Mr. Annese for his own personal gain in Cahoots with Rocco ParaScandola had published a defamatory Story that instigated the indictment on me, I've never gave them consent to take my good name and utilize it for publishing a ludicrous Story that defamed my Character neither did they bother reaching out to me to obtain my Knowledge, which will make the Subject of the Story and it would've Mediated as Fair Comment. Mr. Annese has not only spread that defamatory Story through the internet but published it in the New York Daily Newspaper being read by millions of people across New York State and the nation. He had Published that ludicrous Story in favor of the prosecution and has harmed my reputation in the view of the public by Making me look guilty. I also allege that this ludicrous Story being publicized is the basis of my Criminal Case not being treated in good faith and its also the reason for me recieving Such prejudism and discrimination by the administrators and executors of my Case. Being that Mr. Annese had a duty to fullfill, I allege that he breached his duty by not being in accord with the rules that regulate his Job. Mr. Annese has a freedom of Speech and of Press regulated by the basis of Fair Comment, What Mr. Annese has published was not fair Comment but more

Of a verbal assault on my reputation and attacks upon my honour and good name. Based on my opinion, Mr. Annese might of anticipated injuries upon Huber Diaz, Jr. through his political career like he anticipated injuries upon me. This ludicrous story has anticipated such personal injuries upon me and has impose such a threat to my future that it can cause a major injury including death upon myself a person of interest reads it and construes it. If the wrong way that person might probably attempt to harm me or even kill me and my family because he might be a Die hard fan to this local politican. Mr. Annese has also maliciously published "Terroristic Statements" that was false information given to him and broadcasted Falsehoods by the employees of the NYPD agency. Those public servants fabricated those false testimonies in order for them to take the truth and stretched out a little bit with Mr. Rans-Scandole, published those statements as if they were made by me in which the NYPD. So they can cover up their constitutional violations with deceit, and Mr. Annese along with employees and the District Attorney's office has never included throughout the Fact finding process because it was never said nor did it ever existed. Mr. Annese has also failed to respond to my litigation letter in which I sent out as certified mail return receipt and as first class mail to his As per protocol/prejudicial remedy. John Annese is the probable cause of the e-mailed and slander for committing such attacks upon my honour, reputation and good name.

Sworn and Subscribed this 10th day of October, 2018

WE THE PEOPLE

Christopher Ham, Jr., ano"

Private Attorney General
Tacit Non Constitutionalist
All Rights Reserved Non-...
14th Amendment Unprotected without Prejudice

NOTARY PUBLIC

MIGUEL A. AGUIRRE
NOTARY PUBLIC
STATE OF NEW YORK
NO. 01AG6929052
QUALIFIED IN
KINGS COUNTY
COMM. EXP.
02-18-2022

Affidavit of Truth

New York Daily News is a tabloid newspaper company in New York City and it's believed to be owned by Mortimer B. Zuckerman. New York Daily News is a corporation which was founded by Joseph Medill Patterson and John Annese along with Rocco Parascandola are employees of that corporation. I have no contract neither any type of agreement with the New York Daily News for this entity to be utilizing my private property for public utilization without just compensating me in violation of the Federal and State Constitution. What they are utilizing is something extremely sacred that was given to me as a gift from my parents, something that is not used for harming, humiliating and degrading my good name. I am a Supreme Juridic person and that name represents my well-being, I am a person with so many goals that I am seeking to create a world of my own in this Universe. I am no terrorist, no gunman, no armed lunatic, no threat to society, no mentally retarded person, on July 24, 2016 approximately 2:45pm I was just a homo liber who was exercising my Civil Rights and Human Rights which are supposed to be protected by the Constitution. While trying to enjoy myself at my Dominican Culture parade. Being that I am a LGBTQ member I feared for my safety due to past brutal attacks so I decided to bear my firearm to protect my person in New York. Just because I've been falsely arrested and stated some absurd allegations doesn't give the employees of the NY Daily News the right to maliciously published a ludicrous story with my good name, subjecting me to hate, ridicule, degradation, humiliation, discrimination, prejudism, cruel and unusual punishment and all types of defamation per se. NY Daily News and its present Chairman Mortimer B. Zuckerman are supposed to set rules and regulations, policy and procedures governing the conduct of reporters, not for them to be working recklessly, carelessly, lawless and to be abusing such powers which is unjust. Being that the New York Daily News is advertising such ludicrous

Story with my good name, it has anticipated injuries and damages upon my life, future and reputation. Therefore, the New York Daily News is the producing cause for the Criminal libel and Slander committed against me that inflicted such injuries and damages upon me.

Sworn and Subscribed this 10th day of October, 2018

NOTARY PUBLIC

MIGUEL A. AGUIRRE
NOTARY
NO. 01AG6297057
QUALIFIED IN
KINGS COUNTY
COMM. EXP.
02-18-2022
PUBLIC
STATE OF NEW YORK

WE THE PEOPLE,

"Christopher Hiram, Cano"

Private Attorney General

Trapsod Constitutionalist

All Rights Reserved, droit-droit

1st Amendment "Under Protest, without Prejudice"

Affidavit of Truth

Eddie Small is an employee in the State of New York and was employed for the hyperlocal newsite "DNA info". Mr. Small was the reporter who reported the defamatory story that instigated the indictment. Mr. Small has taken my private property (such as my good name) for public use, without just compensating me in violation of my fifth amendment right for the United States Constitution and my 7 amendment right of the N.Y. State Constitution. I've never gave him consent for him to use my private property such as my good name and then he inflicted injuries and damages upon me. Eddie Small has published that story in favor of the prosecution and has harmed my reputation in the view of the public by making me look guilty. I also allege that this defamatory story being publicized is the basis of my criminal case not being treated in good faith and it's also the reason for me recieving such prejudism and discrimination by the administrators and executors of my case. Being that Mr. Small had a duty to fullfill, I believe that he breached his duty by not being in accord with the rules that regulate his job. Mr. Small has a freedom of speech and of press regulated by the basis of fair comment. What Mr. Small has published is not a fair comment but more of a verbal assault on my reputation and good name. Based on my opinion, Mr. Small might of anticipated an injury upon Ruben Diaz Jr also through his political position like he anticipated those injuries and damages upon me while being unlawfully incarcerated. Such injuries resulted as me being assaulted by inmates for mislabeling me for a terrorist, officers and civilians defaming and degrading me, cause me to lose relationship with my family, my father is presumed dead but his last thoughts probably were that he lost his closest son somebody he well-raised, and

Others discriminating and humiliating me because of such news reports. Despite my sexual preference, I even had to sign in protective custody because of my case also, General population houses that has inmates who was aware of my case or who knew me would not accept me in because of such ludicrous story. This such story has anticipated such personal injury upon me and has impose such a threat to my future that it can cause a major injury including death upon me, if a person of interest reads it and interpreted it the wrong way that person might probably try to harm me or even kill me and my family because he might be a die hard fan to this politician. Therefore, Eddie Small shall be penalized for not being in accordance with the law and shall be brought to justice for such violations. Eddie Small has violated my civil rights, Human Rights article; 3, 7, and 12 for attacking my reputation, my good name, life and honour. Therefore, I will take action so I can be granted some type of relief.

Sworn and subscribed this 10th day of October, 2018

NOTARY PUBLIC

MIGUEL A. AGUIRRE
NOTARY
NO. 01AG6297057
QUALIFIED IN
KINGS COUNTY
COMM. EXP.
02-18-2022
PUBLIC
STATE OF NEW YORK

WE THE PEOPLE,

"Christopher Hiram, Cano"
Private Attorney General

Trap God Constitutionalist

All Rights Reserved, droit-droit

1st Amendment "under protest, without Prejudice"

Affidavit of Truth

Ben Fractenburg is an employee in the State of New York and was employed for the hyperlocal newsite "DNAinfo." Mr. Fractenburg was the reporter who also reported the defamatory story in Cahoots with Eddie Small that instigated the indictment on me. Mr. Fractenburg has also taken my private property (such as my good name) for public use, without just compensating me in violation of my fifth amendment right of the U.S. Constitution and my seven amendment right by the N.Y. State Constitution. I've never gave him consent nor Eddie Small to utilize my private property such as my good name and then he inflicted injuries and damages upon me. Mr. Fractenburg in Cahoots with Mr. Small has published that story in favor of the prosecution and has attacked my reputation in the view of the public by making me look guilty. I've been unlawfully deprived of due process of law because of the mass pre-judism and discrimination I've been recieving by the administrators and executors in my case, which was highly influenced by the ludicrous story that was publicized by Ben Fractenburg and Eddie Small. Being that Mr. Fractenburg had a duty to fullfill while being employed for Joe Ricketts Business, I believe that he breached his duty by not being in accord with the rules that regulate his job. Mr. Fractenburg has a free-dom of speech and of press regulated by the basis of fair comment, truth, and privilege but what Mr. Fractenburg has published is not a fair comment but more of a verbal assault on my reputation and good name. Based on my opinion, Mr. Fractenburg also might of anticipated an injury upon Ruben Diaz Jr. also through his political position like he anticipated those injuries and damages upon me while being unlawfully imprisoned. Such injuries resulted as me being assaulted by inmates for mislabel-

ing me for a terrorist, losing relationship with my family, officers and civilians defaming and degrading me, and others discriminating and humiliating me because of such news reports. I don't agree with Mr. Fractenburg in Cahoots with Mr. Small taken my private property (such as my good name) for their personal gain causing injuries upon me. This such story has anticipated such personal injuries upon me and has impose such a threat to my future that it can cause a major injury upon me including death upon me, if a person of interest reads it and interprets it the wrong way that person might attempt to harm me or even kill me and my family because he might be a die hard fan to this politician. Therefore, Ben Fractenburg shall be penalized for not being in accord with the law and shall be brought to Justice for such violations. Ben Fractenburg has violated my Civil Rights, Human Rights Article; 3, 7, and 12 for attacking my reputation, my good name, life and honour. Therefore, I will take action so I can be granted some type of relief.

Sworn and Subscribed this 10th day of October, 2018

NOTARY PUBLIC

MIGUEL A. AGUIRRE
NOTARY
NO. 01AG6297057
QUALIFIED IN
KINGS COUNTY
COMM. EXP.
02-18-2022
PUBLIC
STATE OF NEW YORK

WE THE PEOPLE,

Christopher Hiram "Cano"
Private Attorney General
TrapGod Constitutionalist
All Rights Reserved, droit-droit
1st Amendment under protest, without prejudice"

Affidavit of Truth

Michael Tannousis was an Assistant District Attorney for the Bronx District Attorney Office and was assigned to the Case. When Robert T. Johnson was the incumbent D.A. Mr. Tannousis is a public officer and a employee of the City of New York. Mr. Tannousis on his first encounter with me deceived me by telling me he was a detective but in the latter had to reveal his true position because of the audio camera being present. Mr. Tannousis who insisted on handling me a frivolous case was also the insinuator who provoke the defamatory story. Mr. Tannousis who supposedly graduated from Birghamton University with bachelor of arts degree in Political Science and also graduated from Pace University School of law should have known that it is a crime to commit libel and interfere with the public Safety. Mr. Tannousis interfered with the public Safety by Spreading the fabricated fantasy story to other entities that will expose it to the public causing fear and confusing upon the people and causing wrath to the public and inflicting injuries upon me and Ruben Diaz Jr. (Ruben Diaz Jr.) Ruben Diaz Jr. has never felt threatened and was never threatened before he stated through media reports but Mr. Tannousis is the proximate cause for his fear and con- fusement because he culpably instigated that malicious publication with other entities. As I was exercising my first amendment right (Freedom of speech) Mr. Tannousis took upon himself to assist in the malicious publication for he can build some type of credit and fame for himself. He failed to obey the federal Constitution and his rules of professional Conduct. He has also failed to obey the New York State Constitution and has breached federal laws. He has also violated my Human Rights and my Civil Rights and he cause me to be in harm and in fear for my life because people have assaulted me verbally and physically confused with the

thoughts that I've really attempted to assasinate their local politicians. (everyday people talk about my President Donald Trump who I promote, People talking about killing him, blowing him up, etc, but nobody gotten punished for that and it be policemens, Politicians, lawyers and all types of people who are Supposed to be professional Speaking of Committing treason against our nation's leader but all of a Sudden I've Stated a creative Speech about a local politician and now I am being Maliciously accussed like if I did Physically insured him.) While being unlawfully imprisoned people have brutally assaulted me, are holding threats against me, verbally assaulting me, And even embarassing me when they recognize me, all because Mr. Tannousis And his Co-Conspirators wants to Spread rumors to the public to gain credit and fame for themselves and attack my reputation and good name. Mr. Tannousis not merely failed to follow his ethical Considerations but also violated my fifth amendment right. Mr. Tannousis while interviewing me had question me Why was I creating a fantasy story? Am I trying to recieve fame. or make the news? I then responded No! I am not trying to recieve fame neither make the news. I then asked him was he going to expose it on the news, he then Stated "He wouldn't do Such a thing". Mr. Tannousis did Committed Criminal libel because it States that he produce Court documents to the entities for publishing. Not only did Mr. Tannousis Committed perfidy but he is also the Probable Cause for my injuries and damages.

State of New York, County of ____ Kings, ss:

Before me, the Subscriber, a Notary Public for the City of ____ Kings, State of New York, personally appeared Christopher Hiram, Cano", who being duly Sworn, deposes and Says, that (here set forth clearly the matter sworn to)

Sworn and Subscribed this 10th day of ____ October, 2018

_____

NOTARY PUBLIC

MIGUEL A. AGUIRRE
NOTARY
NO. 01AG6297057
QUALIFIED IN
KINGS COUNTY
COMM. EXP.
02-18-2022
STATE OF NEW YORK, PUBLIC

WE THE PEOPLE,

Christopher Hiram, Cano"
Private Attorney General in fact
Trap Grod Constitutionalist
All Rights Reserved, droit-droit
1st Amendment "under protest, without Prejudice"

Affidavit of Truth

Darcel Denise Clark is the incumbent Bronx District Attorney who replaced Robert T. Johnson on the primary ballot and was elected to a four-year team on Jan 1, 2016 However, Darcel Clark is the D. A. Who's in charge of the office and it's cases. Darcel Clark is responsible for the case fabricated on me Ind.#2396/16 and is also responsible for the injuries and damages being inflicted upon me because of the defamation of my character her assistants caused upon me. Ms. Clark also failed to diligently investigate the case and failed to remedy the violation they inflicted upon my inalienable rights and upon my good name. The grand jury or the replacing assistant Prosecutor Ilya Khark-over when they've indicted me based on the unlawful Superior Court Information must have been highly influenced by the press reports in which convicted me first through the public for them to succeed with an indictment. Making me guilty through the press is influencing the public to thinking that I am a Criminal who try to commit, such acts. So I also find Ms. Clark responsible for failure to remedy the injuries inflicted upon me by her assistants which caused me to be the aggrieved party.

Sworn and Subscribed this 10ᵗʰ day of October, 2018

WE THE PEOPLE,

Christopher Hiram, Cano"

Private Attorney General in Fact

TrapGod Constitutionalist

All Rights Reserved, droit droit

1st Amendment "Under Protest, Without Prejudice"

NOTARY PUBLIC

MIGUEL A. AGUIRRE
NOTARY
NO. 01AG8297057
QUALIFIED IN
KINGS COUNTY
COMM. EXP.
02-18-2022
PUBLIC
STATE OF NEW YORK

Affidavit of Truth

Ilya Kharkover is an Assistant District Attorney for the Bronx District Attorney Office and is presently assigned to my case assisting Darcel D. Clark. He is an employee for the City of New York and has performed an unlawful employment practice as well. Mr. Kharkover has failed to diligently investigate the case that his predecessor instigated causing me harm and has failed to remedy the breaches upon my rights. Ilya Kharkover is highly aware that I was defamed but he rather keep maliciously prosecuting me instead of correcting the wrong they've committed. Therefore, Ilya Kharkover might be a conspirator to the criminal libel because he had replaced Michael Tannousis after introducing the case at the same timing and date the media published the ludicrous stories. Thus, Ilya Kharkover is a probable cause for my injuries and damages.

Sworn and subscribed this 10th day of October, 2018

M

NOTARY PUBLIC

MIGUEL A. AGUIRRE
NOTARY
NO. 01AG6297057
QUALIFIED IN
KINGS COUNTY
COMM. EXP.
02-18-2022
PUBLIC
STATE OF NEW YORK

WE THE PEOPLE,

Christopher Hiram, Cano"
Private Attorney General in Fact
Trap God Constitutionalist
All Rights Reserved, droit-droit
1st Amendment "under Protest, without Prejudice"

Affidavit of Truth

The Bronx District Attorney Office is a Bureau and a general office incorporated under the City of New York. The Bronx District Attorney's office is responsible for the prosecutions of violations of New York State laws and is under the provisions of the New York State Constitution. Robert T. Johnson was the incumbent Bronx District Attorney responsible for prosecuting the case they fabricated on me on July 24, 2016 but instead he assigned an assistant D.A. by the name of Michael Tannousis. Robert T. Johnson has failed to adequately investigate the case and failed to supervise Michael Tannousis conduct towards the case. Mr. Johnson has also failed to counsel Mr. Tannousis on how not to instigate the case and on how not to interfere with the public safety anticipating an injury upon another person. Mr. Johnson also failed to diligently guide Mr. Tannousis on the Model Rules of Professional Conduct and failed to correct Mr. Tannousis actions based upon the improper use of an otherwise invalid procedure. Mr. Johnson is a proximate cause for the Malicious Defamation made public by Suspect Michael Tannousis who tended to provoke me to wrath and deprive me of the public confidence and social intercourse and convict me through the press for him to instigate the case and succeed with his Malicious criminal prosecution. Robert T. Johnson is also responsible for my injuries and damages inflicted upon me by his assistant (B) for harming my reputation and good name and also for failure to supervise, guide, and instruct his assist district attorney Michael Tannousis on how to properly conduct an investigation.

Sworn and Subscribed this 10th day of October, 2018

NOTARY PUBLIC

MIGUEL A. AGUIRRE
NOTARY
NO. 01AG6297057
QUALIFIED IN
KINGS COUNTY
COMM. EXP.
02-18-2022
PUBLIC
STATE OF NEW YORK

WE THE PEOPLE,

Christopher Hiram, Cano"
Private Attorney General in Fact
TrapGod Constitutionalist
All Rights Reserved, droit droit
1st Amendment "under Protest, without Prejudice"

Affidavit of Truth

Kenny Collazo was the video technician who recorded the illegally interview made by Michael Tannousis and Marco Sanchez in which I proceeded under duress, inducement and coercion. Kenny Collazo is a employee for the City of New York, who acted in concert for Mr. Tannousis and Mr. Sanchez and he's also deem to be a suspect of the criminal libel and part of the conspiracy of the defamation of my character. He was the actual person who was recording me under the order of Mr. Tannousis and Mr. Sanchez but without my consent or without me making any agreement with any of them, they did so against my will and they was well aware that they committing a fraud by indicating consent which was given through forgery. Kenny Collazo was well aware of the information and beliefs that was being passed around in the investigation unit and he had possession of my private property such as my Biometric data and my voice recognition in which he knew the absurd allegations I've incompetently stated. Therefore, I consider him responsibly for the confidential allegations being illegally disclosed.

Sworn and Subscribed this 10th day of October, 2018

NOTARY PUBLIC

MIGUEL A. AGUIRRE
NOTARY
NO. 01AG6297057
QUALIFIED IN
KINGS COUNTY
COMM. EXP.
02-18-2022
PUBLIC
STATE OF NEW YORK

WE THE PEOPLE,

Christopher Hiram, Cand'l
Private Attorney General in Fact
TrapGodConstitutionalist
All Rights Reserved, droit-droit
1st Amendment "under Protest, without Prejudice"

## Affidavit of Truth

Benard Carlos tax id#936201 + shield#1241 is a public servant (who has rank of Sergeant) and is a employee of the City of New York. Benard Carlos is the Officer who falsely arrested me and his reporting agency is Transit District 12, He himself has performed an unlawful employment practice as well. Benard Carlos has violated my Civil Rights, Human Rights Article; 1,3,4,5,6,7,9, and 12 and my 1st, 2nd, 4th, 5th, 8th, 9th, and 14th amendment rights and committed perjury and fraud on his affidavit. Mr. Carlos who is a Officer for the New York Police Department (NYPD) TB District 12, has used a corrupted practice that most NYC police officers utilize behind closed doors it's called "Testilying". Mr. Carlos fabricated a defamatory terroristic statement to further incriminate me so he can cover up his Constitutional violations. He is the actual perjurer who fabricated the terroristic statement of "Yea I got a bomb in my shoe and im going to blow up" he stated that in his affidavit in which he was never able to prove that neither did the Criminal Courts ever try to use that against me because it wasn't part of the Orally naked Confession I involuntarily incompetently stated. Not only did Mr. Carlos passed on false information to defamed my Character but he has committed perjury when he added those statements to his affidavits in order for him to (add fuel to the fire). Benard Carlos is also responsible for the defamation of my character for anticipating those statements which the Press later published making the public believe that I really stated such statements. Benard Carlos who conspired to committ Criminal libel is a primary suspect for libeling and slandering me. Therefore, Benard Carlos is the procuring cause of my injuries and damages.

Sworn and Subscribed this 10th day of October, 2018

MC
NOTARY PUBLIC

MIGUEL A. AGUIRRE
NOTARY
NO. 01AG6297057
QUALIFIED IN
KINGS COUNTY
COMM. EXP.
02-18-2022
PUBLIC
STATE OF NEW YORK

WE THE PEOPLE,

Christopher Hiram, Cano"
Private Attorney General in Fact
Trap GoD Constitutionalist
All Rights Reserved, droit-droit
1st Amendment "Under Protest, Without Prejudice"

Affidavit of Truth

Richard Arce tax id#946413 is a public Servant and a Police Officer Stationed at the 44th Precinct, an agency incorporated with the City of New York. He is an employee of the City of New York and one of the arresting Officer who unlawfully arrested me. Richard Arce is Considered to be a Suspect also of the Criminal libel because he was involved in the arrest and was aware of the information and belief being passed to the investigation team. I believe Mr. Arce Can be a proximate Cause to the defamation of my Character and injuries and damages I Suffered because he was a actual participant in the Conspiracy of my rights. Mr. Arce has also fabricated the Statement they've made the public believe that I Said "I had a bomb in my Shoe", I've never Stated that and they have insufficient evidence to prove that I Stated Such thing. Therefore, He is a Suspect of the Criminal libel.

Sworn and Subscribed this 10th day of October, 2018

NOTARY PUBLIC

MIGUEL A. AGUIRRE
NOTARY
NO. 01AG6297057
QUALIFIED IN
KINGS COUNTY
COMM. EXP.
02-18-2022
PUBLIC
STATE OF NEW YORK

WE THE PEOPLE,

Christopher Hiram, Cano"
Private Attorney General in Fact
Trap God Constitutionalist
All Rights Reserved droit-droit
1st "Amendment "under protest, without Prejudice"

Affidavit of Truth.

Marco Sanchez tax id# 931134 is a public servant (who has rank of Detective) and is a employee for the City of New York. Marco Sanchez reporting agency is precinct 44 where he performed an unlawful employment practice on me. Marco Sanchez has violated my Civil Rights, Human Rights, Article 2, 3, 7, & esp. 12, and my 4th, 9th and 14 amendment guaranteeds by conducting those illegal searches and seizures but he was also the actual interrogator along with Michael Tannousis who instigated the fabricated story that inchiminated me. Mr. Sanchez is a proximate cause of my injuries and damages because he is one of the public servants who anticipated this event by instigating this case when he directly participated by asking those frivolous questions when he knew I was not competent at the time. While I was responding back to his questions, Mr. Sanchez and Mr. Tannousis were laughing at my answers knowing that they were discriminating me based on my disability. Those answers from his questions are the sources of what lead to the assasination of my character. Mr. Sanchez is also responsible for the defamation of my character in which he acted in concert with Mr. Tannousis, Thus, he is deemed to be a suspect also for criminal libel.

Sworn and subscribed this 10th day of October, 2018

WE THE PEOPLE,

"Christopher Hiram, Cano"

Private Attorney General in Fact

Trap GroD Constitutionalist

All Rights Reserved; droit-droit

NOTARY PUBLIC

MIGUEL A. AGUIRRE
NOTARY
NO. 01AG6297057
QUALIFIED IN
KINGS COUNTY
COMM. EXP.
02-18-2022
PUBLIC
STATE OF NEW YORK

Affidavit of Truth

Brendan Looney tax id #919316 is a public servant (who has rank of Officer) and his reporting agency is PBBX ACU, an agency incorporated with the City of New York. Brendan Looney is an employee for the City of New York and one of the responding officer who unlawfully arrested me. Brendan Looney is considered to be a suspect also of the criminal libel because he was involved in the false arrest and was aware of the information and belief being passed to the investigation team. I also allege that Mr. Looney can be a proximate cause to the defamation of my character, injuries and damages I suffered because Mr. Looney was a actual participant in the conspiracy of my rights.

Sworn and Subscribed this 10th day of October, 2018

NOTARY PUBLIC

MIGUEL A. AGUIRRE
NOTARY
NO. 01AG6297057
QUALIFIED IN
KINGS COUNTY
COMM. EXP.
02-18-2022
PUBLIC
STATE OF NEW YORK

WE THE PEOPLE,

Christopher Hiram, "Cano"

Private Attorney General in Fact

Trap GOD Constitutionalist

All Rights Reserved, droit-droit

1st amendment "under protest, without Prejudice"

of my 5th amendment right. I have no Contract neither any type of agree-
ment with Joe Ricketts nor DNAinfo newsite for that Corporation to be
using my private property for public use, without just Compensating me.
Being that My Civil and Human Rights were violated and that such violation of
the Constitution and laws of the U.S. was the main Cause of my injuries and
damages. Therefore, Joe Ricketts is the proximate Cause of my injuries
and damages because of his business and employees conduct.

Sworn and Subscribed this 10th day of October ,2018

NOTARY PUBLIC

MIGUEL A. AGUIRRE
NOTARY
NO. 01AG6297057
QUALIFIED IN
KINGS COUNTY
COMM. EXP.
02-18-2022
PUBLIC
STATE OF NEW YORK

WE THE PEOPLE,

Christopher Hiram, Cano"
Private Attorney General
TrapGoD Constitutionalist
All Rights Reserved, Unit droit
1st Amendment "Under Protest, without Prejudice

Affidavit of Truth

Joe Ricketts is a private citizen and the founder of TD Ameri-trade. He is the actual agenfrida of the hyperlocal newsite "DNAinfo and Gothamist". On November 3, 2017 the New York Daily news had published a article indicating that Joe Ricketts had shut down the DNAinfo newsite on thursday, November 2, 2017 due to some financial issue. But Joe Ricketts employees Eddie Small and Ben Fractenburg had published the ludicrous story on July 26, 2016 at 12:08pm. In Fact, the ludicrous story is still posted on the website to this day. Eddie Small and Ben Fractenburg are or/were employees of Joe Ricketts who committed the slander and criminal libel. Joe Ricketts has failed to properly guide and instruct his employers of such conduct that can injure another and has failed to supervise those employers operating his business in a lawless manner. Eddie Small and Ben Fractenburg who were acting under Joe Ricketts policy and custom of DNAinfo newsite has violated my rights. It has cause me all types of injuries and damages. The publishing story has cause me to lose relationship with my biological mother who I've just met 9 months before that story was published, psychologically pain and suffering, mentally anguished, physical injuries, discrimination, embarassment, humiliation, convicted me first through their media reports, my family and other people label me as a terrorist, and I am fearing for my life and future and even fear for my family's safety. This conduct done by those employers has also violated the constit-ution for the United States and N.Y. State and has also violated well-establish-ed laws of the United States. My good name, reputation, honour and life was attacked by Joe Ricketts business and his employees. They've assasinated my character. Mr. Ricketts business is utilizing my private property (such as my good name) for public use, without just compensating me in violation

<u>Affidavit of Truth</u>

Robert Lyon tax id #955106 is a public Servant (who has rank of officer) and his reporting agency is TB District 12, an agency incorporated with the City of New York. Robert Lyon is an employee for the City of New York and one of the responding officer who unlawfully arrested me. Robert Lyon is considered to be a suspect also of the criminal libel because he was involved in the false arrest and was aware of the information and belief being passed to the investigation team. I also allege Mr. Lyon can be a proximate cause to the defamation of my character and injuries and damages I suffered because he was a actual participant in the conspiracy of my rights.

Sworn and Subscribed this 10th day of October 2018

NOTARY PUBLIC



MIGUEL A. AGUIRRE
NOTARY PUBLIC
NO. 01AG6297057
QUALIFIED IN
KINGS COUNTY
COMM. EXP.
02-18-2022
STATE OF NEW YORK

WE THE PEOPLE

Christopher Hiram,, Cano"
Private Attorney General in Fact
TrapCroD Constitutionalist
All Rights Reserved, droit-droit

1st Amendment "Under Protest, without Prejudice"

Affidavit of Truth

Khaleeq Middleton tax id# 950887 is a public Servant (who has rank of Officer) and his reporting agency is TB District 12, an agency incorporated with the City of New York. Khaleeq Middleton is an employee for the City of New York and one of the responding officer who unlawfully arrested me. Khaleeq Middleton is considered to be a suspect also of the Criminal libel because he was involved in the false arrest and was aware of the information and belief being passed to the investigation team. I also allege that Khaleeq Middleton can be a proximate cause to the defamation of my character, injuries and damages I suffered because Khaleeq Middleton was a actual participant in the conspiracy of my rights.

Sworn and Subscribed this 10th day of October, 2018

_____
NOTARY PUBLIC

MIGUEL A. AGUIRRE
NOTARY
NO. 01AG6297057
QUALIFIED IN
KINGS COUNTY
COMM. EXP
02-18-2022
PUBLIC
STATE OF NEW YORK

WE THE PEOPLE,

Christopher Hiram, Cano"
Private Attorney General in Fact
Trap God Constitutionalist
All Rights Reserved, droit-droit
1st amendment "Under Protest, Without Prejudice"

Affidavit of Truth

The City of New York is a Corporation incorporated under the laws of the State of New York. The City of New York is a municipal Corporation incorporated under the City Charter enacted by Chapter 17 and acts of the legislature of the State of New York. This Claim is for injuries and damages suffered by me, the Claimant by reason of negligence, deliberate indifference, willfull and wanton misconduct of the City of New York, its officers, agents, and employees. The City of New York has properly failed to guide its employees from conducting themselves in a reckless unlawful manner and also failed to uphold the State Constitution including the U.S. Constitution. The City of New York has also failed to promote the safety of the public by allowing its employees to cause public wrath by advertising false allegations causing confusion and fear. The City of New York is the producing cause of my injuries and damages including my Human Rights and Constitutional violations.

Sworn and subscribed this 02 day of November ____, 2018

_____
NOTARY PUBLIC

NADINE GRIFFIN
NOTARY PUBLIC, STATE OF NEW YORK
NO. (1C8631595
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES 10/10/2019

WE THE PEOPLE,

Christopher Hiram "Cano"
Trap God Constitutionalist
Private Attorney General
All Rights Reserved droit-droit
1st Amendment "Under Protest", without Prejudice

Affidavit of Truth

The State of New York is a corporation and a political subdivision created from and incorporated under the laws of the United States of North America and it's Constitution. The State of New York failed to supervise and enforce the rule of law to the City of New York, it's Corporation and employees Created under their Constitution. The State of New York established a Constitution in which restricts the City of New York, it's employees and domestic corporations from acting recklessly, unlawfully and from imposing such policy and customs that will disparage the rights of the people. The State of New York has failed to guide the City of New York by those extra Ordinary Considerations which generally regulate human affairs. The State of New York is also a accomplice to the defamation, libel, and slander that the City of New York has conspired on me. The State of New York is a proximate cause to my civil and human rights violation including Constitutional.

Sworn and Subscribed this 02 day of November, 2018

_(signature)_
NOTARY PUBLIC

NADINE GRIFFIN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01GR6318585
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES 10/13/2019

WE THE PEOPLE,
~~Christopher Hiram Cano~~
Christopher Hiram, Cano"
TrapGoD Constitutionalist
Private Attorney General
All Rights Reserved, droit-droit

1st Amendment "under Protest", Without Prejudice, without dishonor

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? in the 44th Precinct, the Bronx D.A. Office, and the Publishing offices of Such Media outlets.

B.    What date and approximate time did the events giving rise to your claim(s) occur? On July 24, 2016 approximately 2:45pm, on July 26, 2016 12:08pm, July 26, 2016 12:41am

C.    Facts:

**What happened to you?**

My honour, reputation and my good name was attacked. I was subject to Criminal libel, Slander, Defamation perse, Libel perse, discrimination, hate, Shame, embarrassment, humiliation, deprived of my Human Rights and Citizenship benefits and Privileges. My Private Property was taken for public use without Just Compensating Me, (Good name). My Confidential medical information was disclosed illegally.

**Who did what?**

Michael Tannousis began the conspiracy against my rights along with Carlos Benard and Richard Arce then Publicized by the NY Post, DNAinfo, & NY Daily News a defamatory story.

**Was anyone else involved?**

See affidavits

The Publishers also failed to respond to my litigation letter as per Protocol. (See attached litigation letter)

**Who else saw what happened?**

Ruben Diaz Jr, Bronx Borough President, I allege, he was also defamed because of those defendants reckless disregard, might of cause him fear or Some type of danger to his well-being.

Next page

IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I sustained injuries to my honour, reputation and my good name. I also received injuries to my mental and physical well-being. I also Sustain emotional distress, pain and Suffering, mental anguish, Violation of Constitutional rights including Civil injuries, absolute injuries, Past bodily injury, Irreparable injury, loss, real injury because my honor and dignity was affected. Private injuries, Permanent injury because of my future and the Memorandum of my family, associates and other persons. Verbal injury, Pecuniary injury because of my father's loss, Consequential loss, Constructive loss, actual loss, and I claim damages for discrimination. I've been Medically treated for over two years for Post traumatic Stress disorder, emotional distress, and mental pain and suffering. Medical treatment such as therapy and counseling.

## Job Notification
**Success**

**HP Color LaserJet MFP M577**

**Page 1**

The following job has been successfully delivered to the specified destinations or intermediate server.

### Original Job Details

Device Name: HP Color LaserJet MFP M577
User: Guest
Date: Jun/15/2018 12:32:13 PM
Scanned Pages: 9

### Destination

james.raducz@doc.nyc.gov <james.raducz@doc.nyc.gov> [Untitled].pdf                    Success

### Additional Details

No additional details available.

<u>Defamation Basis</u>

Defamation- An unprivileged false communication, either published or publicly spoken, that injures another's reputation or good name. The tying up of a person to ridicule, shame or contempt in a responsible and substantial part of the community. May be libious as well as oral. Includes both libel and slander.

Libel- Any malicious defamation expressed in printing, writing, and intended to blacken either the memory of one who is dead or the reputation of one who is living and expose him to public hatred, contempt or ridicule idea. Libel. It is a libel to publish a ridiculous story in a newspaper, if it tends to hold one up, even though he had told the same false to himself.

Slander- Words spoken or written which are directed to the character or reputation. Commonly, slander is to be applied to spoken words. When written or printed slander is more the term "libel" is used. A person is guilty of verbal slander or libel in a civil suits only, while for libel both criminal and civil suits may be brought. Slander of the first class must be such that if the party slandered were found guilty, he might be tried indicted and punished by the criminal courts. Or, in case of one exercising a given profession, that he be held unworthy or unfit in either mental or physical to conduct such business or profession. The extinguishment has essential one is the lack of malicious intent. It is if it is written or spoken. Defamation is that one tends to cause apprehension in the minds of others, tending to lower or cause the plaintiff in debt or cause injury disapproves unfavorable opinion or expressed avoid him. Statement which explain power a defamatory false or defamatory. (Maison v Pennsalz App.341 So.2d 555). The unprivileged publication or false statements which naturally and proximately result in injury to another (McGraw v N.Y.K. Fla. App.,273 So.2d 774, 776, New York Times Co. v Sullivan, 376 U.S. 254, 84 S.Ct. 710, 11 L.Ed.2d 686.)

 EMail

# Job Notification

**Success**

### HP Color LaserJet MFP M577

**Page 1**

The following job has been successfully delivered to the specified destinations or intermediate server.

## Original Job Details

Device Name: HP Color LaserJet MFP M577
User: Guest
Date: Jun/15/2018 12:32:53 PM
Scanned Pages: 9

## Destination

james.raducz@doc.nyc.gov <james.raducz@doc.nyc.gov> [Untitled].pdf          Success

## Additional Details

No additional details available.

---

Defamation table

Defamation-An intentional false communication, either published or publicly spoken that injures another's reputation or good name tending up of a person to individuals/same contempt in a respectable and honorable part of the community. May be criminal as well as tort. Includes both libel and slander.

Libel-Any malicious defamation expressed in printing, writing, and tended to blacken either the memory of one who is dead or the reputation of one who is living and expose him to public hatred, contempt or ridicule. Libel. It is a libel to publish a [word] story in a newspaper, if it tends to ridicule him, even though he had told the same thing to himself.

Slander-Words spoken or written which are injurious to the character of another. Most commonly, however, it is not applied to spoken while written or printed slander is more common term. Libel is used [persons guilty of verbal slander are libeled in a civil suit, only; because for libel both criminal as civil suits may be brought because of the first libel must be both that if the party libelous is once found guilty, he might at least be sued and punished by the criminal courts, or in libel or in entertaining a professional trade or business, that he lacks integrity or suitable either mental or physical to conduct such a business or profession. These [imputations] when discovered as a substance of indictment. It is if a its written or printed. Defamation is that which tends to cause a person to be in the censorship, scorn or ridicule or injure the plaintiff is liable to cause adverse disrepute, or enhances to injure or open self to which [them] which can be in person in contempt and [notice] or disgrace [ if apprehension] Person in [Penenc] [a] App. 341 So.2d 55,57]. The unprivileged publication of false statements which in meaning and plainer, etc result in injury to another. [Widrisse] v. [New] Fla. App, 273 So. 2d 774, 776, New York Times Co. v. Sullivan, 376 U.S. 254, 84 S.Ct. 710, 11 L.Ed.2d 630.)



**English (United States)**

# Defamation Case

Defamation-An intentional false communication, either published or publicly spoken, that injures another's reputation or good name. Holding up of a person to ridicule, scorn or contempt in a respectable and considerable part of the community; May be criminal as well as civil. Includes both libel and slander.

• Libel-"Any malicious defamation expressed in printing or writing and intended to blacken either the memory of one who is dead or the reputation of one who is living and expose him to public hatred, contempt or ridicule is a libel. It is a libel to publish a ludicrous story in a newspaper, if it tends to ridicule him, even though he had told the same story himself."

• Slander-"Words spoken or written which are injurious to the character of another. Most commonly, however, slander is applied to spoken words. When written or printed slander is meant, the term "libel" is used. Persons guilty of verbal slander are liable in a civil suits only, while for libel both criminal and civil suits may be brought. Slander of the first class must be such that if the party slandered were found guilty, he might of been indicted and punished by the criminal courts, or, in case of one exercising a professional trade or business, that he lacks integrity or capacity either mental or pecuniary to conduct such a business or profession. Therefore, slander when spoken is not a subject of indictment. It is if it is written or printed. Defamation is that which tends to injure reputation; to diminish the esteem, respect, goodwill or confidence in which the plaintiff is held, or to excite adverse, derogatory or unpleasant feelings or opinions against him. Statement which exposes person to contempt, hatred, ridicule or obloquy. (Mcgowen v. Prentice, La. App. 341 So. 2d 55, 57) The unprivileged publication of false statements which naturally and proximately result in injury to another. (Wolfson v. Kirk, Fla. App., 273 So. 2d 774, 776, New York Times Co. v. Sullivan, 376 U.S. 254, 84 S. Ct. 710, 11 L. Ed. 2d 686)

Litigation Letter                         Christopher Hiram,,Cano"
                                          TrapGod Constitutionalist

Anna Marie Kross Center
18-18 Hazen Street
East Elmhurst, New York 11370/tdcF

Renmendou 26th day of CZar, 6017 A.L., TrapGod Calender

(New York Daily News/Rocco ParaScandola/John Annese/NYDailyNews.Com )
"Gunman at Dominican Parade tells Cops he was hired to Kill Bronx Borough President"

   I am Christopher Hiram,,Cano", a TrapGod Constitutionalist, In Proptia Persona
litigant, Private Attorney General in Fact based at Anna M. Kross Center, that acts
for himself (the injured Person) in Connection with the identification and pursuit
of identified instances of libelous statements across the internet and news-
papers.

   I have been made aware of various posts you, Rocco ParaScandola
and John Annese, on behalf of yourselves and your Company, have made and
are making on forums around the internet, newspaper, (including twitter)
which makes reference to me as a Private human being and my private
Corporation, the litigant.

<u>MY Claim</u>

I have evidence to prove that the (forums) hosted by your website (New

York Daily News. Com) Contain Serious, untrue and highly defamatory comments towards me, Some of which Contain malicious falsehood. In doing So, defamatory comments are being communicated to thousands of people throughout the world, posing a Serious threat to my life, my reputation, My Career, my family, and various individuals who work and are in cahoots with me and my private Corporation.

These Comments Seemed designed to damage my reputation and the reputation of my private Corporation in the Market place and divert business away from me and my private Corporation rather than have any Fair Comment basis.

The defamatory threads are as follows:
· Gunman at Dominican Parade tells Cops he was hired to Kill Bronx Borough President
· Cops believe Christopher Cano is mentally unstable
· Someone Spotted Cano on Grand Concourse by Rockwood St. in Claremont
· When police moved in on Cano, he yelled, "Don't come near me!
· I've got a bomb in my Shoe!
· I'm gonna blow up!
· Cops found a loaded 38-Caliber in his underwear and
· Marijuana in his pocket and left Sock
· It's Cano third arrest this month

The allegations which will be the Subject of a possible action are in Summary as follows:

News Article heading: Gunman at Dominican Parade tells Cops he was hired to Kill Bronx Borough President

Picture headline: A wannabe Hitman claimed he was hired to whack Bronx Borough President Ruben Diaz Jr.

First Sentence: An armed 22-year old man at a Dominican Parade Sunday told cops he was on a hired mission to rub out the Bronx Borough President and that he had a bomb in His shoe. Police source said.

Second Sentence: Cops believe Christopher Cano is Mentally unstable

Third Sentence: Someone spotted Cano on Grand Concourse by Rockwood St. in Claremont at about 2:45 pm

Fourth Sentence: The Gran Parada Dominicana del Bronx was going on at the time, and though Diaz attended,

Fifth Sentence: When police moved in on Cano, he yelled, "Don't come near me! I've got a bomb in my shoe! I'm gonna blow up! Police source said. Cops found a loaded .38-Caliber in his underwear and marijuana in his pocket and left sock, officials said.

Sixth Sentence: Cano told police he'd been hired to kill Diaz for $10,000 — $5,000 up front, the rest on completion — and had gotten the gun from a cop a few blocks away, sources said.

Nineth Sentence: On July 8, he was charged with drug possession and resisting arrest

Tenth Sentence: On July 16, he was busted at the Parkchester Subway Station with an air pistol that looked like a real gun in his waistband after he jumped a turnstile.


    I have included a small sample of the posts within the aforementioned threads, to illustrate the defamatory and actionable nature of the content contained (Schedule A). Please note that this is not an exhaustive list, but merely a token sample to illustrate the nature of the discussion.

Under the law of England and Wales, a defamatory statement is one which tends to lower the Claimant in the estimation of right thinking members of Society generally (Sim v. Stretch [1936] 2 All ER 1237) The words are defamatory, identify or refer to the Claimant and are published by yourselves to the third parties.

## Legal Proceedings

In order to protect my interests, I am considering proceedings against you in the High Court. These proceedings would seek remedies including but not limited to the following:

- Substantial damages, Actual damages, Compensatory and Punitive damages
- An injunction to restrain you from publishing the same and similar statements in the future; and
- Costs

## Jurisdiction

A defamatory statement is published at the place where it is read, heard or seen, and is not where the material was first placed on the internet. In internet case, therefore, provided a small number of people have access to the material on the internet in England, the English Courts will have Jurisdiction to hear the claim against a foreign defendant (Spiliada Maritime Corp v. Cansulex Ltd [1987] A.C. 460)

## Next Steps

I am not against freedom of speech and I do recognize the value of fair comment. At this stage I do not have any desire to issue legal proceedings against the operators and the website and I am keen to do all we can to avoid litigation where possible.

However, in accordance with the pre-action protocol for defamation, I will desist from issuing legal proceedings provided within 14 days of the execution date of this letter but being that I am still illegally imprisoned I will grant you an additional 25 days including weekends if you agree to do the following:

• Remove from publication in their entirety the defamatory threads to prevent harm to my reputation, my life, and business

• Produce an apology and a declaration that the allegations referred to are false and defamatory and cause such apology and declaration to be published in each of the forums which have given or could give reason for my complaint (such apology to be approved by us prior to publication);

• Provide details of recipients of advice or comments made of this nature, together with contact details for each recipient;

• Provide details of the number of posts made, together with website addresses;

• Make proposals for the payment to me of damages for the harm caused to my life and reputation; and

• Undertake to actively monitor and delete any newly published defamatory content relating to my life and reputation.

If the defamatory threads are not permanently removed and the above undertakings are not complied with by 6:00pm on July 9, 2018 I shall revert to myself with a view to recommending that I shall commence to take steps towards the swift issue of proceedings without further notice.

I draw to your attention the terms of Section 2 of the Defamation Act 1996, under which you have the right to offer to make amends.

I await your response by return. In the meantime I reserve all my rights, in particular the right to produce this letter to the Court when it comes to Consider Costs under CPR 44.3.

WE THE PEOPLE,

Christopher Hiram, Cano"
TrapGoD Constitutionalist
Private Attorney General in Fact
All Rights Reserved, droit-droit
1st Amendment "Under Protest", without Prejudice & without dishonor
Renmenbou 26th day of CZar, 6017 A.L.

In Witness Whereof, I have executed this litigation letter.
Dated this 5th day of June, 2018
State of New York } ss.
County of Bronx }

Christopher Hiram, Cano", being duly sworn, deposes and says, that he is the litigator named in the foregoing declaration; that he has read the foregoing declaration executed by him and knows the contents thereof, and that such declaration is true in substance and in fact.

6/5/8

NOTARY PUBLIC

FARAH O LAWAL
NOTARY PUBLIC-STATE OF NEW YORK
No. 02LA6135586
Qualified in Queens County
My Commission Expires October 24, 2021

Christopher Hiram, Cano"
WE THE PEOPLE,
~~Christopher Hiram Cano~~
TRapGod Constitutionalist
All Rights Reserved, droit-droit
without Prejudice & without dishonor
Private Attorney General

Revised Litigation Letter

In Witness Whereof, I have executed this revised litigation letter.
Dated this 15 day of June, 2018
State of New York } ss.
County of Bronx

Christopher Hiram, "Cano", being duly sworn, deposes and says, that he is the litigator named in the foregoing declaration; that he has read the foregoing declaration executed by him and knows the contents thereof, and that such declaration is true in substance and in fact.

6/15/18

_____
NOTARY PUBLIC

NKECHI IGBO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01IG6163948
Qualified in Queens County
Commission Expires April 0°, 2019

WE THE PEOPLE,
~~Christopher Hiram Cano~~
Christopher Hiram, "Cano"
TRAP GOD Constitutionalist
All Rights Reserved, droit-droit
Without Prejudice & Without Dishonor

Renmendou 16th day of Shiva, 6017 = June 15, 2018

<u>Litigation Letter</u>

Christopher Hiram,, Cano"
TrapGoD Constitutionalist

Anna M. Kross Center
18-18 Hazen Street
East Elmhurst, New York 11370/tdcf

Renmendou 26th day of CZar, 6017 A.L.; TrapGoD Calender

(New York Post incorporation, Shawn Cohen, New York Post. Com )
"Armed lunatic Says he was hired to Kill Bronx Borough President"

    I am Christopher Hiram,, Cano" a TrapGoD Constitutionalist, In Propria Persona litigant, Private Attorney General based in Anna M. Kross Center, that acts for himself (the injured person) in Connection with the identification and pursuit of identified instances of libelous Statements across the internet and newspapers.

    I have been made aware of various posts you, Shawn Cohen, on behalf of yourself and your Company, have made and are making on forums around the internet, newspaper, (including twitter) which makes reference to me as a Private human being and my private Corporation, the litigant.

My Claim

I have evidence to prove that the (forums) hosted by your web-site (NewYorkPost.Com) Contain Serious, untrue and highly defamatory Comments towards me, Some of Which Contain Malicious falsehood. In doing So, defamatory Comments are being Communicated to thousands of people throughout the world, posing a Serious threat to my reputation, My life, My Career, My family, and Various individuals who work and are in Cahoots with me and My Private Corporation.

These Comments Seem designed to damage my reputation and the reputation of my private Corporation in the Market place and divert business away from me and my private Corporation rather than have any fair Comment basis.

The defamatory threads are as follows:
• Armed lunatic Says he was hired to Kill Bronx Borough President
• I have a bomb in my Shoe
• And I'm going to blow up
• Apparently, he's mental
• He might have been intent on harming Someone at the time he was arrested
• We don't believe anybody hired him to do that
• He'd already been arrested twice this month, once July 8 for resisting arrest and Cocaine possession and again on July 16 for possession Of an imitation pistol.

The allegations which will be the subject of a possible action are in summary as following:

<u>News Article heading</u>: Armed lunatic says he was hired to kill Bronx Borough President
<u>First Column</u>: but police believe he's just a lunatic making it all up, sources said Monday
<u>Third Column</u>: When officers arrived, Cano told them, "I have a bomb in my shoe, and I'm going to blow up" a source said.
<u>Fourth Column</u>: He didn't blow himself up. Instead, he ran, but got just a few steps before cops grabbed him.
<u>Sixth Column</u>: Apparently, he's mental", a police source said. He might have been intent on harming someone at the time he was arrested, we don't believe anybody hired him to do that".
<u>Eighth Column</u>: He'd already been arrested twice this month once July 8 and again on July 16.

I have included a small sample of the posts within the afore-mentioned threads to illustrate the defamatory and actionable nature of the content contained (Schedule A). Please note that this is not an exhaustive list, but merely a token sample to illustrate the nature of the discussion.

Under the law of England and Wales, a defamatory statement is one which tends to lower the Claimant in the estimation of right

thinking members of Society generally (Sim v. Stretch [1936] 2 All ER 1237). The words are defamatory, identify or refer to the Claimant and are published by yourselves to third parties.

## Legal Proceedings

In order to protect my interests, I am considering proceedings against you in the High Court. These proceedings would seek remedies including but not limited to the following:
- Substantial damages, Actual damages, compensatory and punitive damages
- An injunction to restrain you from publishing the same and similar statements in the future; and
- Costs

## Jurisdiction

A defamatory statement is published at the place where it is read, heard or seen, and is not where the material was first placed on the internet. In internet case, therefore, provided a small number of people have access to the material on the internet in England, the English Courts will have jurisdiction to hear the claim against a foreign defendant (Spiliada Maritime Corp v Cansulex Ltd [1987] A.C.460)

## Next Steps

I am not against freedom of speech and I do recognize the value of fair comment. At this stage I do not have any desire to issue

legal proceedings against the Operators and the website and I am keen to do all we can to avoid litigation where possible.

However, in accordance with the pre-action protocol for defamation, I will desist from issuing legal proceedings provided within 14 days of the execution date of this letter but being that I am still illegally imprisoned I will grant you an additional 25 days including weekends if you agree to do the following:

• remove from publication in their entirety the defamatory threads to prevent harm to my reputation, my life, and business.

• Produce an apology and a declaration that the allegations referred to are false and defamatory and cause such apology and declaration to be published in each of the forums which have given or could give reason for my complaint (such apology to be approved by us prior to publication);

• Provide details of recipients of advice or comments made of this nature, together with contacts details for each recipient;

• Provide details of the number of posts made, together with website addresses;

• Make proposals for the payment to me of damages for the harm caused to my reputation, my life, and my business; and

•Undertake to actively monitor and delete any newly published defamatory Content relating to my life and reputation.

If the defamatory threads are not permanently removed and the above undertakings are not complied with by 6:00pm on July 9, 2018 I shall revert to myself with a view to recommending that I shall commence to take steps towards the swift issue of proceedings without further notice.

I draw to your attention the terms of Section 2 of the Defamation Act 1996, under which you have the right to offer to make amends.

I await your response by return. In the meantime I reserve all my rights, in particular the right to produce this letter to the Court when it comes to consider Costs under CPR 44.3.

Yours faithfully

WE THE PEOPLE,

Christopher Hiram, Cano"
TRAP GOD Constitutionalist
All Rights Reserved, droit-droit
First Amendment "Under Protest" Without Prejudice & without Dishonor
Private Attorney General

In Witness Whereof, I have executed this litigation letter.
Dated this __5th__ day of June, 2018
State of New York }
County of Bronx } ss.


Christopher Hiram „Cano", being duly sworn, deposes and says,
that he is the litigator named in the foregoing declaration; that he
has read the foregoing declaration executed by him and knows
the contents thereof, and that such Declaration is true in substance
and in fact.

6/5/18

NOTARY PUBLIC

AYAN O LAWAL
NOTARY PUBLIC-STATE OF NEW YORK
NO. 02LA6135586
Qualified in Queens County
My Commission Expires October 24, 2021

WE THE PEOPLE,

Christopher Hiram „Cano"
TrapGodConstitutionalist
All Rights Reserved, droit droit

## Revised Litigation Letter

In Witness Whereof, I have executed this revised litigation letter.

Dated this 15 day of June, 2018

State of New York } ss.

County of Bronx }

Christopher Hiram "Cano", being duly sworn, deposes and says, that he is the litigator named in the foregoing declaration, that he has read the foregoing declaration executed by him and knows the contents thereof, and that such declaration is true in substance and in fact.

6/15/18

Nkechi Igbo

NOTARY PUBLIC

NKECHI IGBO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01IG6163948
Qualified in Queens County
Commission Expires April 09, 2019

WE THE PEOPLE,

Christopher Hiram "Cano"
TRAP GOD Constitutionalist
All Rights Reserved, droit - droit
Without Prejudice & Without Dishonor

1st Amendment "Under Protest"
Renmendau 16th day of Shiva, 6017 = June 15, 2018

District Court of the United States
Southern District of New York

Plaintiff's Federal Rule of Civil Procedure 33.
Interrogatories and Request for Production of Documents

• Identify the full name and address of every person you believe has knowledge regarding the facts of this lawsuit, and describe in detail the nature of their knowledge.

• Please provide a list of all documents you are aware of that are relevant to this litigation, including the document type, date, author, and current location/custodian.

• List any blogs, forums, or other websites on which you commented regarding the plaintiff, including the username/handle under which the comments were made.

• Name each person you spoke to regarding the plaintiff, within the past year.

• Please provide proof of agreement in which the plaintiff consented for his private property (such as his good name) to be utilize for public utilization.

• Identify all written documents that you authored in full or part, regarding the plaintiff.

• Please provide actual proof in which the plaintiff has stated on record either verbal or written such terroristic statements which is the basis of this lawsuit.

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are

seeking, and the basis for such compensation. See litigation letter for some of the relief *Previous Page*
I'm Seeking, that includes substantial damages, actual damages, compensatory and
Punitive damages, exemplary damages, nominal damages for breach of my Human
and Civil & Political Rights, Compensatory damages for breach of my Fifth amend-
ment guaranteed, Criminal damage, Future damages, General damages, Special
damages, excessive damages, direct damages, All in the amount of no less
$2.5 million for injury resulting from the loss of life, liberty and property, emotional
distress, and for the attacks upon my honour, reputation and good name. Continuing
damages in the amount of $2.55 million for the public contempt and harassment. Hedonic
damages in the amount of $30 million for the N.Y. Post & NY Daily News false statements
and Defamation Per Se, Libel, Slander and libel per se, and treble damages. Punitive damages
in the amount of no less than $50 Million, for the wanton, malicious, and intentional nature of
all defendants conduct. Seeking for Constitutional guaranteed and my inalienable Protected
Rights. Interest as allowed by law, Costs of suit; such other and further relief as this Court may deem
just and Proper. All monetary Compensation must be American Currency silver equivalent and/or gold.

**I declare under penalty of perjury that the foregoing is true and correct.** Diplomatic Immunity

Signed this 31 day of October, 2018.

Signature of Plaintiff _____ NYCC 1-308

Mailing Address  18-18 Hazen Street (A.M.K.C)

East Elmhurst, New York 11370 -HCF

Anna Marie Kross Center

Telephone Number  (917) 870-2733 - Mom's Cell

Fax Number *(if you have one)*  N/A

**Note:**    All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners
must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this 2 day of November, 2018, I am delivering without the
this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for U.S.
the Southern District of New York.

Signature of Plaintiff: _____ NYCC 1-308

Inmate Number  2411605369-HCF

*Rev. 05/2010*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) ) | Civil Action No. |
| v. | ) ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ☐ I returned the summons unexecuted because _____ ; or

    ☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____


I declare under penalty of perjury that this information is true.


Date: _____

                                    _____
                                           *Server's signature*

                                    _____
                                         *Printed name and title*

                                    _____
                                         *Server's address*

Additional information regarding attempted service, etc:

JS 44C/SDNY
REV. 5/2010

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                      DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)          ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this or a similar case been previously filed in SDNY at any time? No? [ ] Yes? [ ] Judge Previously Assigned

If yes, was this case Vol.[ ] Invol. [ ] Dismissed. No [ ] Yes [ ] If yes, give date _____ & Case No. _____

*(PLACE AN [x] IN ONE BOX ONLY)*                 NATURE OF SUIT

ACTIONS UNDER STATUTES

### TORTS

**CONTRACT**

[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

**PERSONAL INJURY**

[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY

**PERSONAL INJURY**

[ ] 362 PERSONAL INJURY - MED MALPRACTICE
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**

[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING
[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**FORFEITURE/PENALTY**

[ ] 610 AGRICULTURE
[ ] 620 OTHER FOOD & DRUG
[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 630 LIQUOR LAWS
[ ] 640 RR & TRUCK
[ ] 650 AIRLINE REGS
[ ] 660 OCCUPATIONAL SAFETY/HEALTH
[ ] 690 OTHER

**LABOR**

[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
[ ] 740 RAILWAY LABOR ACT
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT

**BANKRUPTCY**

[ ] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**

[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 840 TRADEMARK

**SOCIAL SECURITY**

[ ] 861 HIA (1395ff)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC/DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**

[ ] 870 TAXES (U.S. Plaintiff or Defendant)
[ ] 871 IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**

[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 490 CABLE/SATELLITE TV
[ ] 810 SELECTIVE SERVICE
[ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
[ ] 875 CUSTOMER CHALLENGE 12 USC 3410
[ ] 890 OTHER STATUTORY ACTIONS
[ ] 891 AGRICULTURAL ACTS
[ ] 892 ECONOMIC STABILIZATION ACT
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 894 ENERGY ALLOCATION ACT
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES

### ACTIONS UNDER STATUTES

**CIVIL RIGHTS**

[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING/ ACCOMMODATIONS
[ ] 444 WELFARE
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446 AMERICANS WITH DISABILITIES -OTHER
[ ] 440 OTHER CIVIL RIGHTS

**PRISONER PETITIONS**

[ ] 510 MOTIONS TO VACATE SENTENCE 20 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER
[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION

**IMMIGRATION**

[ ] 462 NATURALIZATION APPLICATION
[ ] 463 HABEAS CORPUS- ALIEN DETAINEE
[ ] 465 OTHER IMMIGRATION ACTIONS

**REAL PROPERTY**

[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 245 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

---

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____ OTHER _____

*Check YES only if demanded in complaint*
JURY DEMAND: [ ] YES [ ] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.? IF SO, STATE:

JUDGE _____ DOCKET NUMBER _____

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

*(PLACE AN  x  IN ONE BOX ONLY)*                                **ORIGIN**

☐ 1 Original       ☐ 2a. Removed from   ☐ 3 Remanded from   ☐ 4 Reinstated or   ☐ 5 Transferred from   ☐ 6 Multidistrict   ☐ 7 Appeal to District
      Proceeding           State Court              Appellate Court        Reopened              (Specify District)        Litigation              Judge from
                                                                                                                                                    Magistrate Judge
                     ☐ 2b.Removed from                                                                                                              Judgment
                           State Court AND
                           at least one
                           party is pro se.

*(PLACE AN  x  IN ONE BOX ONLY)*          **BASIS OF JURISDICTION**          ***IF DIVERSITY, INDICATE***
                                                                            ***CITIZENSHIP BELOW.***
☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☐ 3 FEDERAL QUESTION   ☐ 4 DIVERSITY   ***(28 USC 1322, 1441)***
                                              (U.S. NOT A PARTY)

### CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF DEF |  | PTF DEF |  | PTF DEF |
|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1  [ ] 1 | CITIZEN OR SUBJECT OF A<br>FOREIGN COUNTRY | [ ] 3 [ ] 3 | INCORPORATED _and_ PRINCIPAL PLACE<br>OF BUSINESS IN ANOTHER STATE | [ ] 5  [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2  [ ] 2 | INCORPORATED _or_ PRINCIPAL PLACE<br>OF BUSINESS IN THIS STATE | [ ] 4 [ ] 4 | FOREIGN NATION | [ ] 6  [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
    REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE
RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:   **THIS ACTION SHOULD BE ASSIGNED TO:**   ☐ **WHITE PLAINS**   ☐ **MANHATTAN**
              (DO NOT check either box if this a PRISONER PETITION.)

DATE              SIGNATURE OF ATTORNEY OF RECORD          ADMITTED TO PRACTICE IN THIS DISTRICT
                                                          [ ] NO
                                                          [ ] YES (DATE ADMITTED  Mo. _____  Yr. _____ )
RECEIPT #                                                 Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

# Armed lunatic says he was hired to kill Bronx borough president

By Shawn Cohen



Bronx Borough President Ruben Diaz Jr. Getty Images

**More On:**
**ruben diaz jr.**
## The Bronx makes pitch for Amazon's new headquarters
## Gay rights Democratic club nixes endorsement of city councilman
## This NY Times story exposes the paper's liberal hypocrisy
## A gift for NYC's gifted & talented

A man concealing a loaded gun in his underwear told Bronx cops he'd been hired as a hitman to kill Borough President Ruben Diaz — but police believe he's just a lunatic making it all up, sources said Monday.

Christopher Cano, 22, of The Bronx was confronted by police in front of 1540 Grand Concourse shortly after 3 p.m. on Sunday after a witness told cops he might be armed.

When officers arrived, Cano told them, "I have a bomb in my shoe, and I'm going to blow up," a source said.

He didn't blow himself up. Instead, he ran, but got just a few steps before cops grabbed him. They seized the gun. Then during his arrest, he told officers he intended to use the weapon to kill the Bronx borough president, sources said.

He later told cops he'd been institutionalized for psychiatric problems in Florida last year.

"Apparently, he's mental," a police source said. "He might have been intent on harming someone at the time he was arrested, but there's no indication of a conspiracy to harm Ruben Diaz. We don't believe anybody hired him to do that."

Cano was busted for possession of the weapon, ammunition and marijuana, resisting arrest and disorderly conduct.

He'd already been arrested twice this month, once July 8 for resisting arrest and cocaine possession and again on July 16 for possession of an imitation pistol.

# Union-foe mogul kills news sites

**BY GINGER ADAMS OTIS**
NEW YORK DAILY NEWS

THE BILLIONAIRE owner of hyperlocal news sites DNAinfo and Gothamist shut them down Thursday — just a week after staffers voted to join a union.

Joe Ricketts, a supporter of President Trump who made billions as the founder of TD Ameritrade, yanked the sites at 5 p.m., wiping out all their archived stories, and sent an email to employees to let them know they had lost their jobs.

"I've made the difficult decision to begin the orderly wind down of the DNAinfo/Gothamist business," Ricketts wrote.

"Reaching this decision wasn't easy, and it wasn't one I made lightly," he said in the email, most of which was posted online to replace the now-defunct sites.

Ricketts said he pulled the plug because the DNA brand — which was melded with Gothamist sites earlier this year — failed to turn a profit.

"Businesses need to be economically successful if they are to endure. And while we made important progress toward building DNAinfo into a successful business, in the end, that progress hasn't been sufficient to support the tremendous effort and expense needed to produce the type of journalism on which the company was founded," Ricketts wrote.

He closed down the entire company, although only 27 employees in New York voted on Oct. 27 to join the Writers Guild of America East (WGAE).

The decision left 115 people without jobs in Chicago, Los Angeles, San Francisco, Washington and New York.

WGAE was alerted to the shutdown at the same time as employees, a spokeswoman said.

She said that it was a financially motivated decision, noting that DNA lost money every year since its 2009 launch.

But Ricketts, an outspoken opponent of unions, had signaled he might bail on the business if WGAE's vote was successful.

"(We) will be looking at all of our potential areas of expansion and we will aggressively pursue our new members rights," WGAE said in a statement.

Staffers will get full pay and benefits until Feb. 2, the company said in its email.

Noah Hurowitz, a DNAinfo reporter who pushed to join WGAE, said he was "devastated" by the email — yet still defiant.

"I don't regret a thing," he said of the union vote.

But he added, "There are a lot of neighborhood stories that aren't going to get covered any more."

Bill-naire owner Joe Ricketts (left) shut down DNAinfo and Gothamist after workers voted to unionize and erased all their content.



# City of New York
## Department of Correction

# Certificate of Achievement

*This Is To Certify That:*

## Christopher Cano

*Has Successfully Completed*

### LEGAL RESEARCH AND ORIENTATION

*And is Awarded This Certificate in Evidence Thereof*

*December 29, 2017*

DEPUTY COMMISSIONER OF PROGRAMS

DEPUTY GENERAL COUNSEL

Christop...
B&C#2...
18-18 Hazen Street
Anna Marie Kross Center
East Elmhurst, New York 11370/tdc
onz/en/MMMMMMMXVII (S.O.)

FRANK

CERTIFIED MAIL

7018 0680 0000 4175 6650

$ 009.30
02 1P
0000902988
NOV 05 2018
MAILED FROM ZIP CODE 11370

Pro Se
SM

USM P3
SDNY

To the Clerk of:
District Court of the United States
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

LEGAL

MAIL

2018 NOV -9  PM 2:45
CLERK'S OFFICE
S.D.N.Y.

2018 NOV 14  AM 9:42
SDNY DOCKET UNIT
RECEIVED